FILED
CLERK, U.S. DISTRICT COURT

NOV 2 0 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                 Plaintiff,

                      v.

MIGUEL MORALES,

                               Defendant.

CASE NO. CR-14-00684-CAS

ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by the United States District Court for the ___Central District of California___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ✓ )  the appearance of defendant as required; and/or

    B. (  )   the safety of any person or the community.

2. The Court concludes:

    A. (  )   Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

1    other persons or the community.  Defendant poses a risk to the

2    safety of other persons or the community based on:

3    _____

4    _____

5    _____

6    _____

7    _____

8    B. ( ✓ )  Defendant has failed to demonstrate by clear and convincing

9    evidence that he is not likely to flee if released.  Defendant poses

10    a flight risk based on: _failure to report to_

11    _probation officer in person after being_

12    _instructed to do so; history of noncompliance_

13    _on supervision_

14    _____

15    _____

16    IT IS ORDERED that defendant be detained.

17

18

19

20    DATED: November 20, 2024

21    *Alicia G. Rosenberg*
      HONORABLE ALICIA G. ROSENBERG
      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**